PEOPLE ex rel. JIMESON v. PATTERSON et al. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Proceeding by the people, on the relation of George T. Jimeson, against Frank L. Patterson, president of the Seneca Nation of Indians, and others. No opinion. Motion to dismiss appeal denied, without costs, and appellants given leave to perfect their record on appeal by inserting therein a copy of the opinion of Mr. Justice Rogers, written in this proceeding, and

copies of the affidavits referred to in the order appealed from.